# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY NELSON,
    Appellant,
vs.
THE STATE OF NEVADA,
    Respondent.

No. 74232

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from the order of affirmance from the Supreme Court of Nevada, filed September 13, 2017." Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from an order of affirmance. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that the document can be construed as a petition for rehearing of this court's September 13, 2017, Order of Affirmance in Docket No. 71531, it was untimely filed. *See* NRAP 40(a)(1). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-44254

cc:    Hon. Jennifer P. Togliatti, District Judge
Michael Anthony Nelson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk